IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

SANDRA A. MOEN,                                         CV 04-6096-JE

        Plaintiff,                                  ORDER

v.

JO ANNE B. BARNHART,
Commissioner, Social Security
Administration,

        Defendant.


**KATHRYN TASSINARI**
**DREW JOHNSON**
1700 Valley River Drive, First Floor
Eugene, OR  97401
(503) 622-2687

        Attorneys for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**CRAIG J. CASEY**
Assistant United States Attorney
1000 S.W. Third Avenue
Portland, OR 97204-2902
(503) 727-1028

1 - ORDER

**LUCILLE G. MEIS**
Office of the General Counsel
**DAVID M. BLUME**
Special Assistant United States Attorney
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, WA 98104-7075
(206) 615-2662

    Attorneys for Defendant

**BROWN, Judge.**

    Magistrate Judge John Jelderks issued Findings and Recommendation (#14) on March 9, 2005, in which he recommended this Court affirm the Commissioner's decision and dismiss this action with prejudice. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

    The Court **ADOPTS** Magistrate Judge Jelderks' Findings and Recommendation (#14). Accordingly, the Court **AFFIRMS** the

Commissioner's decision.

    IT IS SO ORDERED.

    DATED this 12th day of May, 2005.

                    /s/ Anna J. Brown

                      _____
                      ANNA J. BROWN
                      United States District Judge

                      Moen CV 04-6096 F&R.05-12-05.wpd